**Order entered November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00674-CR

## ROLAND LASHUN JERNIGAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-59314-N

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested both the clerk's and reporter's records; (4) Sandra Hughes and Anne Meredith are the court reporters who recorded the proceedings; (5) Ms. Hughes explained that she was waiting for Ms. Meredith to complete her portion of the record so that a complete record could be filed; and (6) the Dallas County District Clerk and Ms. Hughes will file their respective records within thirty days of the October 29, 2013 hearing. We received the clerk's record on October 30, 2013 and the reporter's record on November 4, 2013.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE